# United States Court of Appeals
## For the First Circuit

No. 06-1366

SUNOTO SUNOTO,

Petitioner,

v.

ALBERTO GONZALES,
Attorney General of the United States,

Respondent.

ERRATA

The opinion of this court issued on September 27, 2007 is amended as follows:

Delete footnote 7 on page 10.